### REVERSED.

OCTOBER 21, 1913.

*Lace pins.*—United States *v.* Calhoun, Robbins & Co. (1175).

NOVEMBER 19, 1913.

*Seger cones.*—United States *v.* Perry, Ryer & Co. (1227).

NOVEMBER 29, 1913.

*Parts of musical instruments.*—United States *v.* Tonk Bros. Co. *et al.* (1105); United States *v.* Sears, Roebuck & Co. (1104).
*Waste rubber.*—Stern *v.* United States (1188).
*Candles.*—United States *v.* Woolworth & Co. (1221).

DECEMBER 5, 1913.

*Candles—Tapers.*—Stern Bros. *et al. v.* United States (1219).

DECEMBER 9, 1913.

*Shortage—Nonimportation.*—United States *v.* Diggles (1223).

DECEMBER 11, 1913.

*Scrap rubber.*—Hempstead *v.* United States (1141); Eytinge & Co. *v.* United States (1160).

DECEMBER 17, 1913.

*Rotten fruit—Evidence.*—Maniscalco *v.* United States (1228).

DECEMBER 22, 1913.

*Grease.*—United States *v.* Marden (1116): *Ibid.* (1140).

DECEMBER 24, 1913.

*Imitation horsehair on wooden spools.*—United States *v.* Rich Co. (1008).

---

### REMANDED.

JANUARY 2, 1914.

*Celery seed.*—Stickney *v.* United States (1022).

---

### REHEARING DENIED.

JANUARY 29, 1914.

*Oak logs.*—United States *v.* MacNaughton (1237).

---

## (T. D. 34556.)

### SUITS DISMISSED.

NOVEMBER 28, 1913.

*Scrap iron from Cuba.*—Vandegrift *v.* United States (1256).